**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ironside Hemp Company, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKA  Ironside Hemp Company, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5198765** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**5580 Garland Highway**
**Clinton, NC 28328**
Number, Street, City, State & ZIP Code

**84 West Walnut Street, Suite 201**
**Asheville, NC 28801**
P.O. Box, Number, Street, City, State & ZIP Code

**Sampson**
County

**Location of principal assets, if different from principal place of business**
**490 Old US Highway 74 Chadbourn, NC 28431**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.ironsidehemp.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Ironside Hemp Company, Inc.**     Case number (if known) _____

Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u> 5511 </u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | Relationship |
|---|---|---|
| | Debtor _____ | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Ironside Hemp Company, Inc.**
 Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____

         Contact name        _____

         Phone               _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**February 26, 2021**___
MM / DD / YYYY

*X* **/s/ Greg Vermeulen**                          **Greg Vermeulen**
Signature of authorized representative of debtor          Printed name

Title    **Secretary**

**18. Signature of attorney**

*X* **/s/ Rebecca F. Redwine**                    Date **February 26, 2021**
Signature of attorney for debtor                          MM / DD / YYYY

**Rebecca F. Redwine**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 420-7867**          Email address    **rredwine@hendrenmalone.com**

**NC State Bar 37012 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 26, 2021**        X **/s/ Greg Vermeulen**
                                            Signature of individual signing on behalf of debtor

                                            **Greg Vermeulen**
                                            Printed name

                                            **Secretary**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $      **682,061.04**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $      **682,061.04**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **922,332.17**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $      **207,840.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **9,198,043.37**

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

   $      **10,328,215.54**

**Fill in this information to identify the case:**

Debtor name **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **Business Value Checking** | 4327 | $838.00 |
| 3.2. | **BB&T** | **Business Value Checking** | 3282 | $47.52 |
| 3.3. | **BB&T** | **Business Value Checking** | 3274 | $275.52 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,161.04 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit for first month's rent - Chadbourn premises** | $6,500.00 |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    $6,500.00

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:      1,277,125.06     -     1,277,125.06    = ....      $0.00

    <u>face amount</u>        <u>doubtful or uncollectible accounts</u>

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    $0.00

**Part 4:**  Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **400k CBD crude oil** **Located in Chicago, IL** | | $0.00 | Hemp Benchmarks | $32,000.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    $32,000.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Ironside Hemp Company, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** 155,000 lbs of hemp biomass | $0.00 | Hemp Benchmarks | $250,000.00 |
| 10lb hemp seeds | $0.00 | Hemp Benchmarks | $300,000.00 |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**
Metal Shelving                                    Unknown                                    $13,000.00

33. **Total of Part 6.**

|  | $563,000.00 |
|---|---|

Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor  **Ironside Hemp Company, Inc.**
_____    Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture - mahogany office desk, rolling tool cabinet, steel frame stained picnic tables, two (2) double tier lockers, two (2) stainless steel sinks, top freezer refrigerator, restroom trailer, wire shelving unit, storage cabinet, numerous mobile shelving and shelf liners, swivel executive shair, desks, work stool, air conditioner with dehumidifier, and moisture analyzer** | $0.00 | | $18,600.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous computer supplies for the greenhouse** | **Unknown** | | $9,000.00 |
| **Two (2) ASUS ZenBook 13 UX331UA** | $0.00 | | $1,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $29,100.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Ironside Hemp Company, Inc.**
Name

Case number *(If known)* _____

| **Microscope** | $0.00 | | $900.00 |
|---|---|---|---|

| **Tools and equipment - fans, lights, misting fans, humidifiers, planting pots, cables, covered trailers, etc.** | $0.00 | | $49,400.00 |
|---|---|---|---|

51.    **Total of Part 8.**

$50,300.00

Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Ironside Hemp Company, Inc.**                                   Case number *(If known)*  _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,161.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $32,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $563,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $682,061.04 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $682,061.04 |

**Fill in this information to identify the case:**

Debtor name **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Global Horticultural USA, Inc.** | | |
|---|---|---|---|

**Global Horticultural USA, Inc.**
Creditor's Name

**Attn: Managing Agent
3909 Witmer Road #934
Niagara Falls, NY 14301**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Specific Equipment of the Debtor**

Amount of claim: **$293,834.29**    Value of collateral: **Unknown**

_____
Creditor's email address, if known

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred
10/6/2020**
**Last 4 digits of account number**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 | **Oxygen Funding, Inc.** | | |
|---|---|---|---|

**Oxygen Funding, Inc.**
Creditor's Name

**Attn: Managing Agent
9 Orchard Road, Suite 101
Lake Forest, CA 92630**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Assets of the Debtor**

Amount of claim: **$242,891.07**    Value of collateral: **Unknown**

_____
Creditor's email address, if known

Describe the lien
**UCC-1 - Factoring Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred
7/8/2020**
**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor   **Ironside Hemp Company, Inc.**   Case number (if known) _____

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pope Ag, LLC** | Describe debtor's property that is subject to a lien | $385,606.81 | Unknown |

Creditor's Name

**Attn: Managing Agent**
**212 Deer Track Trail**
**Clinton, NC 28328**

Creditor's mailing address

**All assets of the Debtor**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**5/15/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $922,332.17 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

---

**Fill in this information to identify the case:**

Debtor name    **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140,000.00** | **$140,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll taxes for 2020** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Max Thomas**<br>**195 Fairway Drive**<br>**Southern Pines, NC 28387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,692.00** | **$12,692.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     36254     Best Case Bankruptcy

| Debtor | **Ironside Hemp Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nevada Department of Taxation**
**555 E. Washington Ave**
**Suite 1300**
**Las Vegas, NV 89101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55,148.00** | **$0.00** |
|---|---|---|---|---|

**Peter J. Charland, Jr.**
**10962 Penny Slope St.**
**Las Vegas, NV 89141-6165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Wage claim**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sampson County Tax**
**Administration**
**Attn: Managing Agent**
**101 West Elizabeth Street**
**Clinton, NC 28328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,637.50** |
| | **3853489 Canada Inc**<br>**Attn: Managing Agent**<br>**4792 Victoria Ave.**<br>**Montreal, Quebec H3W 2N1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| | **A + M Clapp Farm Inc.**<br>**Attn: Managing Agent**<br>**266 Clapp Farms Rd.**<br>**Greensboro, NC 27405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **April P. Gaster**<br>**232 Holder Road**<br>**Sanford, NC 27332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Contract dispute** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00** |
| | **Avazyme**<br>**Attn: Managing Agent**<br>**2202 Ellis Rd., Suite A**<br>**Durham, NC 27703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,900.00** |
| | **BB&T**<br>**Attn: Managing Agent**<br>**PO Box 698**<br>**Wilson, NC 27894-0698** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **PPP Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| | **Benjamin G. Priest**<br>**765 Bibey Road**<br>**Carthage, NC 28327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.78** |
| | **Big Blue Store of Clinton Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 1218**<br>**Clinton, NC 28328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Brandon McKinney**<br>**111 Somers Loop**<br>**Reidsville, NC 27320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,500.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Brian Cameron**<br>**1316 McCormick Road**<br>**Sanford, NC 27332**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For notice purposes only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**C&G AG LLC**<br>**Attn: Managing Agent**<br>**68 Whites Crossing Plaza**<br>**Whiteville, NC 28472**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$128,616.55** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Carlo Walter Landolt**<br>**Casa al Ponte, Salorino,**<br>**Switzerland 6872**<br><br>Date(s) debt was incurred  **June 19, 2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Interest-bearing Promissory Note**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Catherine Hinton**<br>**426 Gantwood Lane**<br>**Gibsonville, NC 27249**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64,000.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**CenturyLink**<br>**Attn: Managing Agent**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,388.64** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Chandler Fryar**<br>**1064 Boney Mill Road**<br>**Clinton, NC 28328**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,500.00** |

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.15** | **Nonpriority creditor's name and mailing address**
Chris M. Gaster
232 Holder Road
Sanford, NC 27332

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract dispute

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | **Nonpriority creditor's name and mailing address**
Cliff Pilson
108 CVP Lane
Cameron, NC 28326

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**
Colton Gross
1606 Pickett Road
Sanford, NC 27332

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**
Courtney Tieman
131 Oak Manor Drive
Magnolia, NC 28453

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**
David Breeden
22900 Aberdeen Road
Laurinburg, NC 28352

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
Deasil Group Inc.
Attn: Managing Agent
500 Westover Dr., #13848
Sanford, NC 27330

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$12,243.75**

---

**3.21** | **Nonpriority creditor's name and mailing address**
Drake Matthews
179 Frieson Road
Robbins, NC 27325

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

Debtor  **Ironside Hemp Company, Inc.**                                Case number *(if known)* _____
         <sub>Name</sub>

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.22**
**Nonpriority creditor's name and mailing address**
**Ellis & Winters**
**c/o Emily Melvin**
**Post Office Box 33550**
**Raleigh, NC 27636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$7,604.12**

---

**3.23**
**Nonpriority creditor's name and mailing address**
**Fann Farms**
**Attn: Managing Agent**
**220 Oscar Tate Road**
**Salemburg, NC 28385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,500.00**

---

**3.24**
**Nonpriority creditor's name and mailing address**
**FedEx**
**Attn: Managing Agent**
**220 Forward Drive**
**Harrison, AR 72602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.25**
**Nonpriority creditor's name and mailing address**
**Garrison Fryar**
**1064 Boney Mill Rd.**
**Clinton, NC 28328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.26**
**Nonpriority creditor's name and mailing address**
**Hugh Davis**
**225 Darrell Davis Road**
**Burlington, NC 27217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.27**
**Nonpriority creditor's name and mailing address**
**Hunter Frederick**
**174 Buckhall Creek Road**
**Warsaw, NC 28398**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,875.00**

---

**3.28**
**Nonpriority creditor's name and mailing address**
**International Horticultural Technol**
**Attn: Managing Agent**
**P.O. Box 1035**
**Hollister, CA 95024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Jackie Lynn Byrd**
**2599 Crawford Road**
**Dunn, NC 28334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174.25** |
|---|---|---|---|

**JC Pallet**
**Attn: Managing Agent**
**Post Office Box 277**
**Barhamsville, VA 23011-0277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Johnson**
**1530 Layfayete Road**
**Fuquay Varina, NC 27526-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **For notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jeffrey D. Rudolph**
**1303 Meyerwood Circle**
**Littleton, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _June 4, 2020_

**Basis for the claim:**  **Interest-bearing Promissory Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,972.39** |
|---|---|---|---|

**JFC Partnership, LLC**
**Attn: Managing Agent**
**2905 Ernest Williams Road**
**Autryville, NC 28318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,062.50** |
|---|---|---|---|

**Johnny Brown**
**6830 High Rock Road**
**Browns Summit, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Jonathan Keith**
**116 Gray Squrriel Drive**
**Angier, NC 27501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Ironside Hemp Company, Inc.**                                    Case number *(if known)* _____
         Name

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,000.00 |

**Joseph Warren**
**P.O. Box 154**
**Salemburg, NC 28385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,500.00 |

**Justin Pope**
**6712 Efland Cedar Grove Rd.**
**Cedar Grove, NC 27231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |

**Keith Collins**
**1751 Carthage Rd.**
**West End, NC 27376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Kevin Doyle**
**1378 Brettonwood Way**
**Littleton, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 4, 2020**

Basis for the claim:  **Interest-bearing Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |

**Landstar Ranger Inc.**
**P.O. Box 784293**
**Philadelphia, PA 19178-4293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,434.00 |

**LVW Electric, LLC**
**Attn: Managing Agent**
**107 Milton Road**
**Oak Ridge, NJ 07438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |

**M&M Plant Farms**
**Attn: Managing Agent**
**729 Gwynn Rd.**
**Elon, NC 27244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Ironside Hemp Company, Inc.**_____   Case number _(if known)_ _____
        Name

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$118.42** |
|---|---|---|---|

**MCArthur Supply Inc.**
**Attn: Managing Agent**
**117 East Railroad Avenue**
**Chadbourn, NC 28431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75,000.00** |
|---|---|---|---|

**Mike Harrington**
**1300 San Lee Dr.**
**Sanford, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$52,695.00** |
|---|---|---|---|

**Nutrien Ag Solutions**
**Attn: Managing Agent**
**345 Pugh Rd.**
**Gloucester, NC 28528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Parker Gas Co. Inc.**
**Attn: Managing Agent**
**P.O. Box 2588**
**Clinton, NC 28329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$10,500.00** |
|---|---|---|---|

**Pelmon Hudson**
**4901 Old Warsaw Rd.**
**Turkey, NC 28393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Peter J. Charland, Jr.**
**10962 Penny Slope St.**
**Las Vegas, NV 89141-6165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 16, 2019__

**Basis for the claim:** __Unsecured loan to Company__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$7,326,262.34** |
|---|---|---|---|

**Pistil Partners Inc.**
**5930 Tommy Douglas**
**Cote St. Luc, QC HXE 4A6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Intercompany loan__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,082.00** |
|---|---|---|---|

**Proptek**
**Attn: Managing Agent**
**412 Westridge Drive**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,230.00** |
|---|---|---|---|

**Rhonda Stanley**
**8232 Mangum Dairy Road**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|

**Richard Cook**
**7823 East NC Hwy 150**
**Browns Summit, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00** |
|---|---|---|---|

**Ricky Whitesell**
**4701 Whitesell Brothers Rd.**
**Elon, NC 27244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,500.00** |
|---|---|---|---|

**Robert Mangum**
**983 Mamie Upchurch Rd.**
**Lillington, NC 27546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,750.00** |
|---|---|---|---|

**Ronald L. Cameron**
**1972 Mcarthur Rd.**
**Broadway, NC 27505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,500.00** |
|---|---|---|---|

**Roy J. Stanley Jr.**
**5364 Union Ridge Rd.**
**Burlington, NC 27217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ironside Hemp Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Rye Swamp Farms**
**Attn: Managing Agent**
**P.O. Box 354**
**Salemburg, NC 28385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$31,500.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**S & B Electrical Services, Inc.**
**Attn: Managing Agent**
**247 Rodell Barrow Rd.**
**Goldsboro, NC 27534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$164,923.34**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Salemburg Gin & Cotton Company**
**Attn: Managing Agent**
**P.O. Box 516**
**Salemburg, NC 28385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$27,000.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Southern Port A John**
**Attn: Managing Agent**
**211 McGhee Church Rd**
**Clinton, NC 28328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$390.95**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Steven L. McNeill**
**1621 Kentryewood Farm Rd.**
**Sanford, NC 27332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$28,750.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals, Inc.**
**Attn: Managing Agent**
**1275 West Mound Street**
**Columbus, OH 43223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$45,122.20**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Tammy J. Langdon**
**1363 Turlington Rd.**
**Dunn, NC 28334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

---

Debtor    **Ironside Hemp Company, Inc.**                                                    Case number (if known) _____
_____
Name

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,226.44** |
|---|---|---|---|

**Temporary Connections, Inc.**
**Attn: Managing Agent**
**P.O. Box 1191**
**Clinton, NC 28329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,408.67** |
|---|---|---|---|

**The Blackmore Co.**
**Attn: Managing Agent**
**10800 Blackmore Drive**
**Belleville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Timmy Mills**
**11061 Edwards Rd.**
**Spring Hope, NC 27882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Timothy W. Priest**
**364 Hulsey Rd.**
**Carthage, NC 28327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Todd Stanley**
**259 Willie Pace Rd.**
**Burlington, NC 27217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,000.00** |
|---|---|---|---|

**Troy Jackson**
**5030 South Plank Rd.**
**Cameron, NC 28326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tyler Faucette**
**6406 Deerstand Court**
**Browns Summit, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ironside Hemp Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Tyler Hugh Lamm** | ☐ Contingent | |
| | **6832 Flat Rock Rd.** | ☐ Unliquidated | |
| | **Sims, NC 27880** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
| | **Wallace McKinney** | ☐ Contingent | |
| | **2868 N.C. 150** | ☐ Unliquidated | |
| | **Reidsville, NC 27320** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.28 |
| | **Waters Agricultural Lab** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 382** | ☐ Disputed | |
| | **Camilla, GA 31730** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63,281.25 |
| | **William E. Dalrymple II** | ☐ Contingent | |
| | **1020 Sanders Road** | ☐ Unliquidated | |
| | **Sanford, NC 27332** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
| | **William F. Rogers** | ☐ Contingent | |
| | **5780 Corbett Ridge Rd.** | ☐ Unliquidated | |
| | **Mebane, NC 27302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew J. Dickerhoff** **401 College Street** **Clinton, NC 28328** | Line  **3.46** ☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Adminiatraton** **Attn: Managing Agent** **2 North Street, Suite 320** **Birmingham, AL 35203** | Line  **3.5** ☐ Not listed. Explain ____ | _ |

| Debtor | **Ironside Hemp Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **William A. Gordon**<br>**Attorney at Law**<br>**P.O. Box 1320**<br>**Sanford, NC 27331** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **William A. Gordon**<br>**Attorney at Law**<br>**P.O. Box**<br>**Sanford, NC 27331** | Line  **3.15**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 207,840.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,198,043.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,405,883.37 |

---

**Fill in this information to identify the case:**

Debtor name    **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Industrial Hemp Agreement for 10 acres in Guilford County**<br><br><br>**A + M Clapp Farm Inc.**<br>**Attn: Managing Agent**<br>**266 Clapp Farms Rd.**<br>**Greensboro, NC 27405** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Industrial Hemp Agreement for 15 acres in Harnett County**<br><br><br>**Adam Gardner**<br>**1543 James Norris Road**<br>**Angier, NC 27501** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Industrial Hemp Agreement for 35 acres in Granville County**<br><br><br>**Ansel P. Currin**<br>**1657 Elam Currin Rd.**<br>**Oxford, NC 27565** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Industrial Hemp Agreement for 5 acres in Lee County**<br><br><br>**April Gaster**<br>**232 Holder Road**<br>**Sanford, NC 27332** |

| Debtor 1 | **Ironside Hemp Company, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 40 acres in Moore County** | |
|---|---|---|---|
| | State the term remaining | | **Arthur Atkins**<br>**1503 Atkins Road**<br>**Cameron, NC 28326** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Moore County** | |
|---|---|---|---|
| | State the term remaining | | **Benjamin G. Priest**<br>**765 Bibey Road**<br>**Carthage, NC 28327** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Rockingham County** | |
|---|---|---|---|
| | State the term remaining | | **Brandon McKinney**<br>**111 Somers Loop**<br>**Reidsville, NC 27320** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 12 acres in Harnett County** | |
|---|---|---|---|
| | State the term remaining | | **Brian Cameron**<br>**1316 McCormick Road**<br>**Sanford, NC 27332** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Guilford County** | |
|---|---|---|---|
| | State the term remaining | | **Catherine Hinton**<br>**426 Gantwood Lane**<br>**Gibsonville, NC 27249** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Sampson County** | |
|---|---|---|---|
| | State the term remaining | | **Chandler Fryar**<br>**1064 Boney Mill Road**<br>**Clinton, NC 28328** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ironside Hemp Company, Inc.**                                    Case number *(if known)*  _____

First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Lee County** | |
| | State the term remaining | | **Chris Gaster** |
| | List the contract number of any government contract | | **232 Holder Road** |
| | | | **Sanford, NC 27332** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Harnett County** | |
| | State the term remaining | | **Cliff Pilson** |
| | List the contract number of any government contract | | **108 CVP Lane** |
| | | | **Cameron, NC 28326** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 52 acres in Harnett and Lee County** | |
| | State the term remaining | | **Colton Gross** |
| | List the contract number of any government contract | | **1606 Pickett Road** |
| | | | **Sanford, NC 27332** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Duplin County** | |
| | State the term remaining | | **Courtney Tieman** |
| | List the contract number of any government contract | | **131 Oak Manor Drive** |
| | | | **Magnolia, NC 28453** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Scotland County** | |
| | State the term remaining | | **David Breeden** |
| | List the contract number of any government contract | | **22900 Aberdeen Road** |
| | | | **Laurinburg, NC 28352** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Moore County** | **Drake Matthews** |
| | | | **179 Frieson Road** |
| | | | **Robbins, NC 27325** |

Debtor 1  **Ironside Hemp Company, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 30 acres in Sampson County** | |
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | **Fann Farms**<br>**Attn: Managing Agent**<br>**220 Oscar Tate Road**<br>**Salemburg, NC 28385** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Sampson County** |
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | **Garrison Fryar**<br>**1064 Boney Mill Rd.**<br>**Clinton, NC 28328** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Alamance County** |
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | **Hugh Davis**<br>**225 Darrell Davis Road**<br>**Burlington, NC 27217** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Duplin County** |
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | **Hunter Frederick**<br>**174 Buckhall Creek Road**<br>**Warsaw, NC 28398** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Harnett County** |
| State the term remaining<br><br>List the contract number of any<br>government contract _____ | **Jackie Lynn Byrd**<br>**2599 Crawford Road**<br>**Dunn, NC 28334** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ironside Hemp Company, Inc.**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Harnett County** | |
|---|---|---|---|
| | State the term remaining | | **Jeff Johnson** |
| | List the contract number of any government contract | | **1530 Layfayete Road** **Fuquay Varina, NC 27526-6000** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office and hemp processing space located at 490 Old US Highway 74, Chadbourn, NC 28431** | |
|---|---|---|---|
| | State the term remaining | | **JFC Partnership, LLC** **Attn: Managing Agent** |
| | List the contract number of any government contract | | **2905 Ernest Williams Road** **Autryville, NC 28318** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Option to purchase 490 Old US Hwy 74, Chadbourn, NC** | |
|---|---|---|---|
| | State the term remaining | | **JFC Partnership, LLC** **Attn: Managing Agent** |
| | List the contract number of any government contract | | **2905 Ernest Williams Road** **Autryville, NC 28318** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Guilford County** | |
|---|---|---|---|
| | State the term remaining | | **Johnny Brown** |
| | List the contract number of any government contract | | **6830 High Rock Road** **Browns Summit, NC 27214** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 7 acres in Harnett County** | |
|---|---|---|---|
| | State the term remaining | | **Jonathan Keith** |
| | List the contract number of any government contract | | **116 Gray Squrriel Drive** **Angier, NC 27501** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Sampson County** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Warren** **P.O. Box 154** **Salemburg, NC 28385** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Ironside Hemp Company, Inc.**                                    Case number *(if known)* _____
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Orange County** | |
|---|---|---|---|
| | State the term remaining | | **Justin Pope** |
| | List the contract number of any government contract _____ | | **6712 Efland Cedar Grove Rd.** **Cedar Grove, NC 27231** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 18 acres in Moore County** | |
|---|---|---|---|
| | State the term remaining | | **Keith Collins** |
| | List the contract number of any government contract _____ | | **1751 Carthage Rd.** **West End, NC 27376** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Caswell County** | |
|---|---|---|---|
| | State the term remaining | | **M&M Plant Farms** **Attn: Managing Agent** |
| | List the contract number of any government contract _____ | | **729 Gwynn Rd.** **Elon, NC 27244** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 25 acres in Lee County** | |
|---|---|---|---|
| | State the term remaining | | **Mike Harrington** |
| | List the contract number of any government contract _____ | | **1300 San Lee Dr.** **Sanford, NC 27330** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Harnett County** | |
|---|---|---|---|
| | State the term remaining | | **Pearidge Enterprises, LLC** **Attn: Managing Agent** |
| | List the contract number of any government contract _____ | | **4181 Benson Rd.** **Angier, NC 27501** |

Debtor 1  **Ironside Hemp Company, Inc.**                                     Case number *(if known)* _____

    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Sampson County** | |
|---|---|---|---|
| | State the term remaining | | **Pelmon Hudson** |
| | List the contract number of any government contract | _____ | **4901 Old Warsaw Rd. Turkey, NC 28393** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Management agreement** | |
|---|---|---|---|
| | State the term remaining | **5 years** | **Pistil Partners Inc. Attn: Managing Agent 5930 Tommy Douglas Cote St. Luc, QC H3X 4A6** |
| | List the contract number of any government contract | _____ | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Greenhouse Lease Agreement expires October 1, 2023** | |
|---|---|---|---|
| | State the term remaining | | **Pope Ag Attn: Managing Agent 212 Deer Track Trail Clinton, NC 28328** |
| | List the contract number of any government contract | _____ | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Guilford County** | |
|---|---|---|---|
| | State the term remaining | | **Richard Cook** |
| | List the contract number of any government contract | _____ | **7823 East NC Hwy 150 Browns Summit, NC 27214** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Alamance County** | |
|---|---|---|---|
| | State the term remaining | | **Ricky Whitesell** |
| | List the contract number of any government contract | _____ | **4701 Whitesell Brothers Rd. Elon, NC 27244** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Harnett County** | |
|---|---|---|---|
| | State the term remaining | | **Robert Mangum** |
| | List the contract number of any | | **983 Mamie Upchurch Rd. Lillington, NC 27546** |

Debtor 1   **Ironside Hemp Company, Inc.**                          Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Harnett County** | |
|---|---|---|---|
| | State the term remaining | | **Ronald L. Cameron** |
| | List the contract number of any government contract | | **1972 Mcarthur Rd.** **Broadway, NC 27505** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 4 acres in Alamance County** | |
|---|---|---|---|
| | State the term remaining | | **Roy J. Stanley Jr.** |
| | List the contract number of any government contract | | **5364 Union Ridge Rd.** **Burlington, NC 27217** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Sampson County** | |
|---|---|---|---|
| | State the term remaining | | **Rye Swamp Farms** **Attn: Managing Agent** |
| | List the contract number of any government contract | | **P.O. Box 354** **Salemburg, NC 28385** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Sampson County** | |
|---|---|---|---|
| | State the term remaining | | **Salemburg Gin & Cotton Company** **Attn: Managing Agent** |
| | List the contract number of any government contract | | **P.O. Box 516** **Salemburg, NC 28385** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Lee County** | |
|---|---|---|---|
| | State the term remaining | | **Steven L. McNeill** |
| | List the contract number of any government contract | | **1621 Kentryewood Farm Rd.** **Sanford, NC 27332** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 15 acres in Harnett County** | **Tammy J. Langdon** **1363 Turlington Rd.** **Dunn, NC 28334** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Ironside Hemp Company, Inc.**                                          Case number *(if known)*
            First Name          Middle Name          Last Name

<span style="background:purple">    </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Nash County** | |
|---|---|---|---|
| | State the term remaining | | **Timmy Mills**<br>**11061 Edwards Rd.**<br>**Spring Hope, NC 27882** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Moore County** | |
|---|---|---|---|
| | State the term remaining | | **Timothy W. Priest**<br>**364 Hulsey Rd.**<br>**Carthage, NC 28327** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Alamance County** | |
|---|---|---|---|
| | State the term remaining | | **Todd Stanley**<br>**259 Willie Pace Rd.**<br>**Burlington, NC 27217** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Lee County** | |
|---|---|---|---|
| | State the term remaining | | **Troy Jackson**<br>**5030 South Plank Rd.**<br>**Cameron, NC 28326** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 20 acres in Guilford County** | |
|---|---|---|---|
| | State the term remaining | | **Tyler Faucette**<br>**6406 Deerstand Court**<br>**Browns Summit, NC 27214** |
| | List the contract number of any government contract | | |

Debtor 1   **Ironside Hemp Company, Inc.**                                         Case number (*if known*) _____

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Wilson County** | |
|---|---|---|---|
| | State the term remaining | | **Tyler Hugh Lamm** |
| | List the contract number of any government contract | | **6832 Flat Rock Rd.** |
| | | | **Sims, NC 27880** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Rockingham County** | |
|---|---|---|---|
| | State the term remaining | | **Wallace McKinney** |
| | List the contract number of any government contract | | **2868 N.C. 150** |
| | | | **Reidsville, NC 27320** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Sampson County** | |
|---|---|---|---|
| | State the term remaining | | **WF Partnership** |
| | List the contract number of any government contract | | **Attn: Managing Agent** |
| | | | **P.O. Box 223** |
| | | | **Newton Grove, NC 28366** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 10 acres in Lee County** | |
|---|---|---|---|
| | State the term remaining | | **William E. Dalrymple II** |
| | List the contract number of any government contract | | **1020 Sanders Road** |
| | | | **Sanford, NC 27332** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Hemp Agreement for 5 acres in Orange County** | |
|---|---|---|---|
| | State the term remaining | | **William F. Rogers** |
| | List the contract number of any government contract | | **5780 Corbett Ridge Rd.** |
| | | | **Mebane, NC 27302** |

---

**Fill in this information to identify the case:**

Debtor name **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Pistil Partners Inc.** | **Attn: Managing Agent 5930 Tommy Douglas Cote St. Luc, QC H3X 4A6** | Oxygen Funding, Inc. | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Ironside Hemp Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **10/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From **10/01/2019** to  **9/30/2020** | ■ Operating a business<br>☐ Other _____ | **$1,737,306.00** |
| **For the fiscal year:**<br>From **10/01/2018** to  **9/30/2019** | ■ Operating a business<br>☐ Other _____ | **$165,589.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Ironside Hemp Company, Inc.**                              Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Pistil Partners Inc.**<br>**Attn: Managing Agent**<br>**5930 Tommy Douglas**<br>**Cote St. Luc, QC H3X 4A6**<br>**Parent company** | **July 2020** | **$25,000.00** | **Payment in connection to management agreement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Pope Ag**<br>**Attn: Managing Agent**<br>**212 Deer Track Trail**<br>**Clinton, NC 28328** | | **December 1, 2020** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Parker Gas Co., Inc v. Ironside Hemp Company, Inc.**<br>**20 CVD 1056** | **Collection** | **Sampson County District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Christopher Gaster v. Ironside Hemp Company, Inc.**<br>**20 CVS 369** | **Collection** | **Lee County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **April P. Gaster v. Ironside Hemp Company, Inc.**<br>**20 CVD 368** | **Collection** | **Lee County District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    __Ironside Hemp Company, Inc._____    Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive, Suite 150**<br>**Raleigh, NC 27612** | | **12/24/2020** | **$5,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ironside Hemp Company, Inc.**                                    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Ironside Hemp Company, Inc.**                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Ironside Hemp Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Brooke Devone**<br>**1015 Friday Road**<br>**Newton Grove, NC 28366** | **May 2018 to**<br>**December 2020** |
| 26a.2. | **Rhonda Stanley**<br>**8232 Mangum Dairy Road**<br>**Wake Forest, NC 27587** | **March 2019 to**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **MNP LLP**<br>**Attn: Managing Agent**<br>**1155 René-Lévesque Blvd**<br>**W 23e étage, Montreal, Quebec H3B 2K2** | **October 2019**<br>**June 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Rhonda Stanley**<br>**8232 Mangum Dairy Road**<br>**Wake Forest, NC 27587** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Oxygen Funding, Inc.**<br>**Attn: Managing Agent**<br>**9 Orchard Road, Suite 101**<br>**Lake Forest, CA 92630** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **Ironside Hemp Company, Inc.**                                Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jack Hinson** | **November 1, 2020** | **$2,800,000 market value** |
| | Name and address of the person who has possession of inventory records | | |
| | **MNP LLP**<br>**1155 René-Lévesque Blvd**<br>**W 23e étage, Montreal, Quebec H3B 2K2** | | |
| 27.2. | **Jack Hinson** | **November 1, 2019** | **$250,000 market value** |
| | Name and address of the person who has possession of inventory records | | |
| | **MNP LLP**<br>**1155 René-Lévesque Blvd**<br>**W 23e étage, Montreal, Quebec H3B 2K2** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter J. Charland, Jr. | 10962 Penny Slope St.<br>Las Vegas, NV 89141-6165 | Director, President, Shareholder | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory Vermeulen | 5 Ave Springfield<br>Westmount, QC, H3Y 2K9 | Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pistil Partners Inc. | Attn: Managing Agent<br>5930 Tommy Douglas<br>Cote St. Luc, QC H3X 4A6 | Shareholder | 95% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Ironside Hemp Company, Inc.**                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | January 3 - $7,321.15<br>January 17 - $7,321.15<br>January 31 - $7,321.15<br>February 14 - $7,321.15<br>February 28 - $7,321.15<br>March 13 - $7,321.15<br>May 22 - $3,846.15<br>June 5 - $3,846.15<br>June 19 - $3,846.15<br>July 3 - $3,846.15<br>July 17 - $3,846.15<br>July 31 - $3,846.15<br>August 14 - $7,321.15<br>August 28 - $7,321.15<br>September 11 - $7,321.15<br>September 25 - $7,321.15<br>October 9 - $7,321.15<br>October 23 - $7,321.15<br>November 6 - $7,321.15<br>November 20 - $7,321.15<br>December 4 - $7,321.15 | |
| **Peter J. Charland, Jr.**<br>**10962 Penny Slope St.**<br>**Las Vegas, NV 89141-6165** | $132,894.15 | | **2020 Payroll** |
| **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Pistil Partners Inc.** | EIN:    **N/A - Canadian Federally Incorporated Company** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor __**Ironside Hemp Company, Inc.**_____   Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**February 26, 2021**_____

__**/s/ Greg Vermeulen**_____       __**Greg Vermeulen**_____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   __**Secretary**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Ironside Hemp Company, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $ _____5,500.00

   Prior to the filing of this statement I have received .................................... $ _____5,500.00

   Balance Due .................................... $ _____0.00

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 26, 2021**
_____
*Date*

**/s/ Rebecca F. Redwine**
**Rebecca F. Redwine**
*Signature of Attorney*
**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867   Fax: (919) 420-0475**
**rredwine@hendrenmalone.com**
*Name of law firm*

---

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Ironside Hemp Company, Inc.**                                      Case No.

_____                    Chapter    **7**    _____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 26, 2021**                          **/s/ Greg Vermeulen**
_____              _____
                                             **Greg Vermeulen**/**Secretary**
                                             Signer/Title

3853489 Canada Inc
Attn: Managing Agent
4792 Victoria Ave.
Montreal, Quebec H3W 2N1

A + M Clapp Farm Inc.
Attn: Managing Agent
266 Clapp Farms Rd.
Greensboro, NC 27405

Adam Gardner
1543 James Norris Road
Angier, NC 27501

Andrew J. Dickerhoff
401 College Street
Clinton, NC 28328

Ansel P. Currin
1657 Elam Currin Rd.
Oxford, NC 27565

April Gaster
232 Holder Road
Sanford, NC 27332

April P. Gaster
232 Holder Road
Sanford, NC 27332

Arthur Atkins
1503 Atkins Road
Cameron, NC 28326

Avazyme
Attn: Managing Agent
2202 Ellis Rd., Suite A
Durham, NC 27703

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

BB&T
Attn: Managing Agent
PO Box 698
Wilson, NC 27894-0698

Benjamin G. Priest
765 Bibey Road
Carthage, NC 28327

Big Blue Store of Clinton Inc.
Attn: Managing Agent
P.O. Box 1218
Clinton, NC 28328

Brandon McKinney
111 Somers Loop
Reidsville, NC 27320

Brian Cameron
1316 McCormick Road
Sanford, NC 27332

C&G AG LLC
Attn: Managing Agent
68 Whites Crossing Plaza
Whiteville, NC 28472

Carlo Walter Landolt
Casa al Ponte, Salorino,
Switzerland 6872

Catherine Hinton
426 Gantwood Lane
Gibsonville, NC 27249

CenturyLink
Attn: Managing Agent
PO Box 4300
Carol Stream, IL 60197-4300

Chandler Fryar
1064 Boney Mill Road
Clinton, NC 28328

Chris Gaster
232 Holder Road
Sanford, NC 27332

Chris M. Gaster
232 Holder Road
Sanford, NC 27332

Cliff Pilson
108 CVP Lane
Cameron, NC 28326

Colton Gross
1606 Pickett Road
Sanford, NC 27332

Courtney Tieman
131 Oak Manor Drive
Magnolia, NC 28453

David Breeden
22900 Aberdeen Road
Laurinburg, NC 28352

Deasil Group Inc.
Attn: Managing Agent
500 Westover Dr., #13848
Sanford, NC 27330

Department of Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph Warren
P.O. Box 154
Salemburg, NC 28385

Drake Matthews
179 Frieson Road
Robbins, NC 27325

International Horticultural Technol
Attn: Managing Agent
P.O. Box 1035
Hollister, CA 95024

Justin Pope
6712 Efland Cedar Grove Rd.
Cedar Grove, NC 27231

Ellis & Winters
c/o Emily Melvin
Post Office Box 33550
Raleigh, NC 27636

Jackie Lynn Byrd
2599 Crawford Road
Dunn, NC 28334

Keith Collins
1751 Carthage Rd.
West End, NC 27376

Fann Farms
Attn: Managing Agent
220 Oscar Tate Road
Salemburg, NC 28385

JC Pallet
Attn: Managing Agent
Post Office Box 277
Barhamsville, VA 23011-0277

Kevin Doyle
1378 Brettonwood Way
Littleton, CO 80129

FedEx
Attn: Managing Agent
220 Forward Drive
Harrison, AR 72602

Jeff Johnson
1530 Layfayete Road
Fuquay Varina, NC 27526-6000

Landstar Ranger Inc.
P.O. Box 784293
Philadelphia, PA 19178-4293

Garrison Fryar
1064 Boney Mill Rd.
Clinton, NC 28328

Jeffrey D. Rudolph
1303 Meyerwood Circle
Littleton, CO 80129

LVW Electric, LLC
Attn: Managing Agent
107 Milton Road
Oak Ridge, NJ 07438

Global Horticultural USA, Inc.
Attn: Managing Agent
3909 Witmer Road #934
Niagara Falls, NY 14301

JFC Partnership, LLC
Attn: Managing Agent
2905 Ernest Williams Road
Autryville, NC 28318

M&M Plant Farms
Attn: Managing Agent
729 Gwynn Rd.
Elon, NC 27244

Hugh Davis
225 Darrell Davis Road
Burlington, NC 27217

Johnny Brown
6830 High Rock Road
Browns Summit, NC 27214

Max Thomas
195 Fairway Drive
Southern Pines, NC 28387

Hunter Frederick
174 Buckhall Creek Road
Warsaw, NC 28398

Jonathan Keith
116 Gray Squrriel Drive
Angier, NC 27501

MCArthur Supply Inc.
Attn: Managing Agent
117 East Railroad Avenue
Chadbourn, NC 28431

Mike Harrington
1300 San Lee Dr.
Sanford, NC 27330

Pistil Partners Inc.
5930 Tommy Douglas
Cote St. Luc, QC HXE 4A6

Ronald L. Cameron
1972 Mcarthur Rd.
Broadway, NC 27505

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Pistil Partners Inc.
Attn: Managing Agent
5930 Tommy Douglas
Cote St. Luc, QC H3X 4A6

Roy J. Stanley Jr.
5364 Union Ridge Rd.
Burlington, NC 27217

Nevada Department of Taxation
555 E. Washington Ave
Suite 1300
Las Vegas, NV 89101

Pope Ag
Attn: Managing Agent
212 Deer Track Trail
Clinton, NC 28328

Rye Swamp Farms
Attn: Managing Agent
P.O. Box 354
Salemburg, NC 28385

Nutrien Ag Solutions
Attn: Managing Agent
345 Pugh Rd.
Gloucester, NC 28528

Pope Ag, LLC
Attn: Managing Agent
212 Deer Track Trail
Clinton, NC 28328

S & B Electrical Services, Inc.
Attn: Managing Agent
247 Rodell Barrow Rd.
Goldsboro, NC 27534

Oxygen Funding, Inc.
Attn: Managing Agent
9 Orchard Road, Suite 101
Lake Forest, CA 92630

Proptek
Attn: Managing Agent
412 Westridge Drive
Watsonville, CA 95076

Salemburg Gin & Cotton Company
Attn: Managing Agent
P.O. Box 516
Salemburg, NC 28385

Parker Gas Co. Inc.
Attn: Managing Agent
P.O. Box 2588
Clinton, NC 28329

Rhonda Stanley
8232 Mangum Dairy Road
Wake Forest, NC 27587

Sampson County Tax Administratio
Attn: Managing Agent
101 West Elizabeth Street
Clinton, NC 28328

Pearidge Enterprises, LLC
Attn: Managing Agent
4181 Benson Rd.
Angier, NC 27501

Richard Cook
7823 East NC Hwy 150
Browns Summit, NC 27214

Southern Port A John
Attn: Managing Agent
211 McGhee Church Rd
Clinton, NC 28328

Pelmon Hudson
4901 Old Warsaw Rd.
Turkey, NC 28393

Ricky Whitesell
4701 Whitesell Brothers Rd.
Elon, NC 27244

Steven L. McNeill
1621 Kentryewood Farm Rd.
Sanford, NC 27332

Peter J. Charland, Jr.
10962 Penny Slope St.
Las Vegas, NV 89141-6165

Robert Mangum
983 Mamie Upchurch Rd.
Lillington, NC 27546

Sunbelt Rentals, Inc.
Attn: Managing Agent
1275 West Mound Street
Columbus, OH 43223

Tammy J. Langdon
1363 Turlington Rd.
Dunn, NC 28334

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Temporary Connections, Inc.
Attn: Managing Agent
P.O. Box 1191
Clinton, NC 28329

U.S. Small Business Adminiatraton
Attn: Managing Agent
2 North Street, Suite 320
Birmingham, AL 35203

The Blackmore Co.
Attn: Managing Agent
10800 Blackmore Drive
Belleville, MI 48111

Wallace McKinney
2868 N.C. 150
Reidsville, NC 27320

Timmy Mills
11061 Edwards Rd.
Spring Hope, NC 27882

Waters Agricultural Lab
Attn: Managing Agent
P.O. Box 382
Camilla, GA 31730

Timothy W. Priest
364 Hulsey Rd.
Carthage, NC 28327

WF Partnership
Attn: Managing Agent
P.O. Box 223
Newton Grove, NC 28366

Todd Stanley
259 Willie Pace Rd.
Burlington, NC 27217

William A. Gordon
Attorney at Law
P.O. Box 1320
Sanford, NC 27331

Troy Jackson
5030 South Plank Rd.
Cameron, NC 28326

William A. Gordon
Attorney at Law
P.O. Box
Sanford, NC 27331

Tyler Faucette
6406 Deerstand Court
Browns Summit, NC 27214

William E. Dalrymple II
1020 Sanders Road
Sanford, NC 27332

Tyler Hugh Lamm
6832 Flat Rock Rd.
Sims, NC 27880

William F. Rogers
5780 Corbett Ridge Rd.
Mebane, NC 27302

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Ironside Hemp Company, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ironside Hemp Company, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pistil Partners Inc.**
**Attn: Managing Agent**
**5930 Tommy Douglas**
**Cote St. Luc, QC H3X 4A6**

☐ None [*Check if applicable*]

**February 26, 2021**

Date

/s/ Rebecca F. Redwine

**Rebecca F. Redwine**

Signature of Attorney or Litigant

Counsel for   **Ironside Hemp Company, Inc.**

**Hendren, Redwine & Malone, PLLC**

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**rredwine@hendrenmalone.com**